# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140129

PEOPLE OF THE STATE OF MICHIGAN
    Plaintiff-Appellee,

v

GLENN EARL PARR,
    Defendant-Appellant.

SC: 140129
COA: 284715
St. Clair CC: 07-000837-FH

_____/

On order of the Court, the application for leave to appeal the October 13, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2010

_____
Clerk

p0322